UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20692-KMM

NICOLE WOODLEY, individually and as mother
and guardian of minors K. W., M. W., and C.W., JR.,
CLARICE LEE, individually, and BARRINGTON L.
SIBBLIS, as personal representative of the Estate of
BARBARA SIBBLIS

       Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

       Defendant.

_____/

## REPORT AND RECOMMENDATION ON PLAINITFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT

**THIS MATTER** came before the Court on Plaintiffs' Unopposed Motion to Approve Settlement (the "Motion"). ECF No. [112].[1] On June 11, 2021, the Guardian Ad Litem, Henry Salas, Esq., filed a sealed report of his independent investigation. ECF No. [111]. Upon consideration of the Motion, the Guardian's report, and being otherwise fully advised on the premises, it is hereby **RECOMMMENDED** that the Motion be **GRANTED**.

This is a maritime personal injury case arising from an incident that occurred on February 20, 2019. Specifically, minor Plaintiffs, K.W., M.W., and C.W., Jr., suffered injuries on a catamaran excursion during a cruise. The District Court appointed the Guardian Ad Litem, Mr. Salas, to represent the minors' interests with respect to the Settlement Agreement.

---

[1] The Motion was referred to the undersigned "to take all necessary and proper action as required by law" by the Honorable K. Michael Moore, Chief United States District Judge. ECF No. [113].

In preparing his report and recommendation, Mr. Salas reviewed all the information he believed to be necessary.  Specifically, Mr. Salas reviewed all motions, medical records, bills, lien information, expert witness reports, the proposed release, the proposed settlement amount, and the closing statements.   Mr. Salas' investigation also consisted of telephone interviews and correspondence with counsel for the parties, Nicole Woodley (the minors' mother), and the minors. Based on his investigation, Mr. Salas concluded that the Settlement Agreement was fair and reasonable considering the amount of fees and costs incurred in the litigation and the total amount that will be distributed to the minor Plaintiffs.  Mr. Salas reviewed the closing statement of counsel's fees and costs and found them to be reasonable.  In addition, Mr. Salas inquired into the how the money will be distributed to the minor children, which Mr. Salas found was satisfactory.

Based on the review of the claims asserted in this case and defenses thereto, the sealed Settlement Agreement, and Mr. Salas' report, the undersigned finds that the settlement is fair and will be in the best interest of the minor Plaintiffs.

Accordingly, the undersigned recommends that the Court approve the settlement in this matter made on behalf of minors K.W., M.W., and C.W., Jr., by their mother and natural guardian, Nicole Woodley, and that the net settlement funds be disbursed as specified in Mr. Salas' report.

## <u>OBJECTIONS</u>

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **FIVE (5) DAYS** of being served with a copy of this Report and Recommendation.  The Court has provided a shortened objection period because the Motion in unopposed.  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C);

*see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

      **DONE AND SUBMITTED** in chambers at Miami, Florida on June 17, 2021.

_____

JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE