# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20692-KMM

NICOLE WOODLEY, *et al.*,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD,

    Defendant.

_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion to Approve Settlement. ("Mot.") (ECF No. 112). The Court referred the matter to the Honorable Jacqueline Becerra, United States Magistrate Judge, to take all necessary and proper action as required by law. (ECF No. 113). Magistrate Judge Becerra issued a Report and Recommendation ("R&R") recommending that Plaintiffs' Motion be GRANTED. (ECF No. 114). No objections were filed and the time to do so has passed. The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

This case arises from an incident on February 20, 2019, when minor Plaintiffs suffered injuries on a catamaran excursion during a cruise. *See generally* (ECF No. 71). As set forth in the R&R, after considering the claims and defenses asserted in the case, the sealed settlement agreement, and the report of the court-appointed Guardian Ad Litem, Magistrate Judge Becerra finds that "the settlement is fair and will be in the best interest of the minor Plaintiffs." R&R at 2. The Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Becerra's R&R (ECF No. 114) is ADOPTED. Consistent with Magistrate Judge Becerra's R&R, Plaintiffs' Unopposed Motion to Approve Settlement is (ECF No. 112) is GRANTED and the net settlement funds shall be disbursed as specified in the Guardian Ad Litem's report. The Parties are hereby directed to file a stipulation of dismissal of all claims signed by all Parties pursuant to Rule 41(a), Fed. R. Civ. P., within twenty (20) days from the date of this Order. If such papers are not filed within the time specified, this matter will be DISMISSED and the Court will be divested of jurisdiction to enforce the settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida this  1st   day of July, 2021.

*K. M. Moore*
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record